MARC M. SELTZER (54534)
KALPANA SRINIVASAN (237460)
DAVIDA BROOK (275370)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, California  90067-6029
Telephone:  (310) 789-3100
Facsimile:  (310) 789-3150
mseltzer@susmangodfrey.com
ksrinivasan@susmangodfrey.com
dbrook@susmangodfrey.com

MAX L. TRIBBLE, JR. (*pro hac vice*)
JOSEPH GRINSTEIN (*pro hac vice*)
ASHLEY L. MCMILLIAN (*pro hac vice*)
MANMEET S. WALIA (*pro hac vice*)
ADAM HOCKENSMITH (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas  77002-5096
Telephone:  (713) 651-9366
Facsimile:  (713) 654-6666
mtribble@susmangodfrey.com
jgrinstein@susmangodfrey.com
amcmillian@susmangodfrey.com
mwalia@susmangodfrey.com
ahockensmith@susmangodfrey.com

Attorneys for Plaintiff PersonalWeb Technologies, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES, LLC. AND LEVEL 3 COMMUNICATIONS LLC,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC. AND YOUTUBE, LLC<br><br>Defendants. | Case No. 5:13-cv-01317 EJD<br><br>**[PROPOSED] ORDER RE: PERSONALWEB'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

Proposed Order RE: PersonalWeb's Administrative Motion To
Consider Whether Cases Should Be Related
Case No. 5:13-Cv-01317 EJD

3143184v1/012790

1     Pursuant to Civil Local Rule 3-12, Plaintiff PersonalWeb Technologies, LLC, ("PersonalWeb") has filed an administrative motion to consider whether cases should be related.

    The Court hereby ORDERS that *PersonalWeb Technologies, LLC and Level 3 Communications LLC, v. Apple, Inc.*, No, 4:14-cv-01683 (N.D. Cal. Oakland Div.) ~~is /~~ is not related to:

- *PersonalWeb Technologies, LLC and Level 3 Communications LLC, v. Google Inc. and YouTube, LLC.*, No. 5:13-cv-01317 (N.D. Cal. San Jose Div.); and
- *PersonalWeb Technologies, LLC and Level 3 Communications LLC, v. Facebook*, No, 5:13-cv-01356 (N.D. Cal. San Jose Div.).

DATED: _____ May 1 ____, 2014.

_____
The Honorable Edward J. Davila
UNITED STATES DISTRICT JUDGE

1

~~Proposed~~ Order RE: PersonalWeb's Administrative Motion To Consider Whether Cases Should Be Related
Case No. 5:13-Cv-01317 EJD

3143184v1/012790