**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **PERSONALWEB TECHNOLOGIES, LLC, ET AL.,**<br><br>         Plaintiffs,<br><br>    v.<br><br>**APPLE INC.,**<br><br>         Defendant. | Case No.: 4:14–CV–1683 YGR<br><br>**ORDER SETTING COMPLIANCE HEARING AND CASE MANAGEMENT CONFERENCE** |

On September 24, 2014, the Court stayed this case "pending final exhaustion of the *inter partes* review proceedings to which U.S. Patent No. 7,802,310 is currently subject." (Dkt. No. 131 at 10.) On March 31, 2015, defendant filed a status report apprising the Court that the Patent Trial and Appeal Board has issued a Final Written Decision regarding each of the challenged claims of the '310 patent. (Dkt. No. 132 at 1.) Defendant proposed, consistent with the Court's September 24, 2014 Order, that the stay should remain in place "until either PersonalWeb has exhausted its appeals, or its time to appeal has expired." (*Id*.)

A compliance hearing regarding the appellate status of the *inter partes* review proceedings on the '310 patent shall be held on Friday, **June 5, 2015** on the Court's **9:01 a.m.** calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1. **Five (5) business days** prior to the date of the compliance hearing, the parties shall file either: (1) a joint status report apprising the Court of the appellate status of the *inter partes* review decision on the '310 patent; or (2) a one-page joint statement setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off

calendar.  Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions.

The Court also **SETS** a Case Management Conference ("CMC") for **2 p.m.** on **June 22, 2015**, in Courtroom 1.  If the Patent Trial and Appeal Board's decision is not appealed, the parties shall file a joint case management conference statement in advance of the CMC pursuant to applicable local rules and standing orders.  If an appeal is filed, the Court will vacate the CMC and set a calendar for periodic updates.

**IT IS SO ORDERED**

Date: April 2, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**