UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PERSONALWEB TECHNOLOGIES LLC, ET AL.,**<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>**APPLE INC,**<br><br>　　　　　Defendant. | Case No.  14-cv-01683-YGR<br><br>**ORDER CONTINUING COMPLIANCE HEARING, CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 134 |

Pursuant to the parties' joint request (Dkt. No. 134), the Compliance Hearing set for June 5, 2015 is hereby **CONTINUED** to **September 4, 2015** at 9 a.m., with the parties to submit a joint statement five (5) business days prior (a) apprising the Court of the status of PersonalWeb Technologies LLC's request for rehearing of the Patent Trial and Appeal Board's Final Written Decision regarding the '310 Patent or (b) explaining their failure to comply.  If compliance is complete, the parties need not appear and the hearing will be taken off calendar.  Failure to timely submit a joint statement may result in sanctions.

Also pursuant to the parties' request, the Case Management Conference set for June 22, 2015 is hereby **CONTINUED** to **September 28, 2015** at 2 p.m.

**IT IS SO ORDERED.**

Dated: June 2, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**