MARC M. SELTZER (54534)
KALPANA SRINIVASAN (237460)
DAVIDA BROOK (275370)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
mseltzer@susmangodfrey.com
ksrinivasan@susmangodfrey.com
dbrook@susmangodfrey.com

MAX L. TRIBBLE, JR. (*pro hac vice*)
JOSEPH GRINSTEIN (*pro hac vice*)
ASHLEY L. MCMILLIAN (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas  77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
mtribble@susmangodfrey.com
jgrinstein@susmangodfrey.com
amcmillian@susmangodfrey.com

Attorneys for Plaintiff
PersonalWeb Technologies, LLC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES, LLC. AND LEVEL 3 COMMUNICATIONS LLC,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC.<br><br>Defendants. | Case No 4:14-cv-01683 (YGR)<br><br>**JOINT STATUS REPORT AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |

1    The Court has set a Case Management Conference for September 28, 2015. (Doc. No. 134.)

By this filing, the parties apprise the Court that on April 24, 2015, PersonalWeb filed a request for rehearing of the Patent Trial and Appeal Board's Final Written Decision regarding each of the challenged claims of the '310 patent. On August 3, 2015, the PTAB denied PersonalWeb's request for rehearing. PersonalWeb is in the process of evaluating whether or not to appeal this decision to the United States Court of Appeals for the Federal Circuit, which it must do on or before October 5, 2015. As of September 14, 2015, PersonalWeb is still evaluating whether to appeal the PTAB's ruling. PersonalWeb thus requests, and Defendant Apple does not oppose, moving the Case Management Conference to October 19, 2015—two weeks after PersonalWeb's deadline for appealing the PTAB's decision.

Dated: September 14, 2015

MARC M. SELTZER
KALPANA SRINIVASAN
DAVIDA BROOK
MAX L. TRIBBLE, JR.
JOSEPH GRINSTEIN
ASHLEY L. MCMILLIAN
SUSMAN GODFREY LLP

By: */s/ Kalpana Srinivasan*
  Kalpana Srinivasan

  Attorneys for Plaintiff
  PersonalWeb Technologies, LLC

Dated: September 14, 2015

BOIES, SCHILLER & FLEXNER LLP

By:   /s/ *Michael D. Jay*
  Michael D. Jay

*Attorneys for Defendant* APPLE INC.

1

Joint Status Report and Request to Continue CMC
Case No 4:14-cv-01683 (YGR)

3850278v1/012790