MARC M. SELTZER (54534)
KALPANA SRINIVASAN (237460)
DAVIDA BROOK (275370)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
mseltzer@susmangodfrey.com
ksrinivasan@susmangodfrey.com
dbrook@susmangodfrey.com

MAX L. TRIBBLE, JR. (*pro hac vice*)
JOSEPH GRINSTEIN (*pro hac vice*)
ASHLEY L. MCMILLIAN (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
mtribble@susmangodfrey.com
jgrinstein@susmangodfrey.com
amcmillian@susmangodfrey.com

Attorneys for Plaintiff
PersonalWeb Technologies, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES, LLC. AND LEVEL 3 COMMUNICATIONS LLC,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC.<br><br>Defendants. | Case No 4:14-cv-01683 (YGR)<br><br>**JOINT STATUS REPORT** |

On June 2, 2015, the Court ordered that a compliance hearing regarding the appellate status of the *inter partes* review proceedings on U.S. Patent No. 7,802,310 ("the '310 Patent") be held on September 4, 2015, and that five (5) business days prior to the date of that hearing, the parties shall file either a joint statement: (1) apprising the court of the appellate status of the *inter partes* review decision on the '310 Patent; or (2) explaining their failure to comply. The Court also set a Case Management Conference for September 28, 2015. (Doc. No. 134.) On August 28, 2015, the parties filed a Joint Status Report apprising the Court that the Patent Trial and Appeal Board ("PTAB") denied PersonalWeb's request for rehearing of the PTAB's Final Written Decision regarding each of the challenged claims of the '310 Patent and that PersonalWeb was in the process of evaluating whether or not to appeal the PTAB's Final Written Decision to the United States Court of Appeals for the Federal Circuit. (Doc. No. 139.) Thereafter, the Court vacated the September 2, 2015 compliance hearing. (Doc. No. 141.) Then, on September 14, 2015, the parties requested that the Court continue the Case Management Conference to October 19, 2015—two weeks after PersonalWeb's deadline for appealing the PTAB's Final Written Decision. (Doc. No. 141.) On September 18, 2015, in light of the parties' joint request, the Court ordered that the Case Management Conference be continued to October 19, 2015. (Doc. No. 142.)

By this filing, the parties apprise the Court that on September 30, 2015, PersonalWeb filed a notice of appeal with the United States Patent and Trademark Office indicating that it will appeal the PTAB's Final Written Decision in the *inter partes* review proceedings concerning the '310 Patent. In light of the Court's order staying this matter "pending final exhaustion" of the *inter partes* review proceedings, the parties request that the Court vacate the October 19, 2015 Case Management Conference and instead set a calendar for periodic updates. (*See* Doc. Nos. 131, 133.)

| | | |
|---|---|---|
| 1 | Dated:  October 2, 2015 | MARC M. SELTZER |
| 2 | | KALPANA SRINIVASAN |
| | | DAVIDA BROOK |
| 3 | | MAX L. TRIBBLE, JR. |
| | | JOSEPH GRINSTEIN |
| 4 | | ASHLEY L. MCMILLIAN |
| | | ADAM HOCKENSMITH |
| 5 | | SUSMAN GODFREY LLP |

By:  */s/ Kalpana Srinivasan*
Kalpana Srinivasan

Attorneys for Plaintiff
PersonalWeb Technologies, LLC

Dated:  October  2, 2015              BOIES, SCHILLER & FLEXNER LLP

By:     /s/ *Michael D. Jay*
Michael D. Jay

*Attorneys for Defendant* APPLE INC.

2

Joint Status Report
Case No 4:14-cv-01683 (YGR)

3913415v1/012790