UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PERSONALWEB TECHNOLOGIES LLC, ET AL.**,<br><br>Plaintiffs,<br><br>v.<br><br>**APPLE INC.**,<br><br>Defendant. | Case No. 14-cv-01683-YGR<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE, SETTING COMPLIANCE HEARING**<br><br>Re: Dkt. No. 143 |

Pursuant to the parties' joint request (Dkt. No. 143 at 1), the Case Management Conference set for October 19, 2015 is **VACATED**.

The Court sets a Compliance Hearing for **April 15, 2016** at **9:01 a.m.**, with the parties to submit a joint statement five (5) business days prior (a) apprising the Court of the status of PersonalWeb Technologies LLC's appeal regarding *inter partes* review of the '310 Patent or (b) explaining their failure to comply.  If compliance is complete, the parties need not appear and the hearing will be taken off calendar.  Failure to timely submit a joint statement may result in sanctions.  If the appeal is exhausted at an earlier date, the parties shall so inform the Court within five (5) business days.

**IT IS SO ORDERED.**

Dated: October 8, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**