MARC M. SELTZER (54534)
KALPANA SRINIVASAN (237460)
DAVIDA BROOK (275370)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
mseltzer@susmangodfrey.com
ksrinivasan@susmangodfrey.com
dbrook@susmangodfrey.com

MAX L. TRIBBLE, JR. (*pro hac vice*)
JOSEPH GRINSTEIN (*pro hac vice*)
ASHLEY L. MCMILLIAN (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
mtribble@susmangodfrey.com
jgrinstein@susmangodfrey.com
amcmillian@susmangodfrey.com

Attorneys for Plaintiff
PersonalWeb Technologies, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES, LLC. AND LEVEL 3 COMMUNICATIONS LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> APPLE INC. <br><br> Defendant. | Case No 5:14-cv-01683 (EJD) <br><br> **JOINT STATUS REPORT** |

Pursuant to the Court's Order Postponing Case Management Conference Pending Federal Circuit Appeal (Dkt. 150), Plaintiff PersonalWeb Technologies, LLC (PersonalWeb") and Defendant Apple Inc. ("Apple") hereby submit this status report apprising the Court of the Federal Circuit's decision pertaining to *inter partes* review proceedings for U.S. Patent No. 7,802,310 ("the '310 patent") and proposing three dates when the parties are available for a Case Management Conference.[1]

On January 13, 2014, Judge Gonzalez Rogers stayed this action pending final resolution of the *inter partes* review proceeding for the '310 patent. (Dkt. 131.) This case was subsequently transferred to this Court. The Patent Trial and Appeal Board ruled the challenged claims of the '310 patent—claims 24, 32, 70, 81, 82, and 86—are unpatentable as obvious in view of two prior art references: U.S. Patent No. 5,649,196 (Woodhill) and U.S. Patent No. 7,359,881 (Stefik). On March 8, 2019, the Federal Circuit ultimately reversed the Patent Trial and Appeal Board's decision invalidating claims 24, 32, 81, 82, and 86[2] of the '310 patent based on Woodhill and Stefik. *See Personal Web Technologies, LLC v. Apple, Inc.,* No. 2018-1599 (Fed. Cir. Mar. 8, 2019). The Federal Circuit issued a mandate to the United States Patent and Trademark Office on June 12, 2019. *See Personal Web Technologies, LLC v. Apple, Inc.,* No. 2018-1599 (Fed. Cir. June 12, 2019). This *inter partes* review proceeding is not subject to any further appeals.

In addition to the *inter partes* review proceeding relating to the '310 patent, there have been *inter partes* review proceedings involving other patents that PersonalWeb has asserted against Apple. Those proceedings, which are not subject to any further appeals, invalidated the following asserted claims of the patents-in-suit:

- Claims 30, 31, 33, and 41 of U.S. Patent No. 5,978,791. IPR2013-00082, Dkt. 83,

---

[1] The Court's Order called for the parties to submit a joint status report within two weeks of the Federal Circuit's decision pertaining to *inter partes* review proceedings for U.S. Patent No. 7,802,310, however PersonalWeb required additional time to confer and confirm with IPR counsel regarding the status of all proceedings. [2] PersonalWeb did not appeal the Patent Trial and Appeal Board's decision invalidating claim 70 of the '310 patent.

[2] PersonalWeb did not appeal the Patent Trial and Appeal Board's decision invalidating claim 70 of the '310 patent.

1

1  Final Written Decision, at 66.
2  - Claims 10 and 25 of U.S. Patent No. 6,415,280 ("the '280 patent"). IPR2013-
3    00083, Dkt. 80, Final Written Decision, at 41-42.
4  - Claim 10 of U.S. Patent No. 7,945,539 ("the '539 patent"). IPR2013-00085, Dkt.
5    73, Final Written Decision, at 77-78.
6  - Claim 1 of U.S. Patent No. 7,945,544 ("the '544 patent"). IPR2013-00084, Dkt.
7    64, Final Written Decision, at 57-58.
8  - Claims 83 and 125 of U.S. Patent No. 8,001,096 ("the '096 patent"). IPR2013-
9    00087, Dkt. 69, Final Written Decision, at 54.

Given the outcome of these proceedings, PersonalWeb intends to continue to assert the following claims against Apple:

- Claims 81, 82, and 86 of the '310 patent;
- Claims 15 and 16 of the '280 patent; and
- Claim 33 of the '662 patent.

With respect to proposed dates for a Case Management Conference, the website for the United States District Court for the Northern District of California indicates that the Court holds Case Management Conferences on Thursdays at 10 a.m. The parties are presently available on the following Thursdays for a Case Management Conference: September 5, 12 and 19.

Dated: July 9, 2019

MARC M. SELTZER
KALPANA SRINIVASAN
DAVIDA BROOK
MAX L. TRIBBLE, JR.
JOSEPH GRINSTEIN
ASHLEY L. MCMILLIAN
SUSMAN GODFREY LLP

By: */s/ Max Tribble*
Max Tribble
Attorneys for Plaintiff PersonalWeb
Technologies, LLC

2

Dated: July 9, 2019

MICHAEL D. JAY
NANDAN PADMANABHAN
DLA PIPER LLP

By: */s/ Michael D. Jay*
Michael D. Jay
Attorneys for Defendant Apple Inc.